```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
DEEPAK MELWANI et al.,              :
                Plaintiffs,         :
        - against -                 :
                                         09 Civ. 6190 (DC)
BOMBAY HOLDINGS LLC et al.,         :
                Defendants.         :
                                    :
- - - - - - - - - - - - - - - - - - -x
```

ORDER

**CHIN, District Judge**

      Plaintiffs have submitted a request for a default judgment, asking for an inquest to set the amount of damages.

      Plaintiffs may make a written application for damages, pre-judgment interest, attorneys' fees, and costs by December 23, 2009, on notice to defendants. If defendants wish to oppose the application, they must do so by January 11, 2010. If any factual issues are presented, the Court will schedule an evidentiary hearing. If no evidentiary hearing is required, the Court will render a decision on the papers.

      SO ORDERED.

Dated:   New York, New York
         December 9, 2009

                                       DENNY CHIN
                                       United States District Judge